IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAUL PORRETTO,

    *Petitioner,*

v.                                          Case No.:  4:21cv464-MW/MJF

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    *Respondent.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 37, and has also reviewed *de novo* Petitioner's objections, ECF No. 43.

Petitioner raises several arguments, but none help his claims. As the Magistrate Judge's well-reasoned Report and Recommendation notes, 28 U.S.C. § 2254(d)(1) prevents this Court from granting habeas relief on claims that a state court has already adjudicated on the merits unless the underlying decision "was contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court." *See* 28 U.S.C. § 2254(d)(1). Here, the Magistrate Judge thoroughly explained why each of Petitioner's claims failed to

overcome this bar. Petitioner's objections offer no persuasive arguments to rebut the Magistrate Judge's analysis. Accordingly,

**IT IS ORDERED**:

1. The report and recommendation, ECF No. 37, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion.

2. Petitioner's second amended 28 U.S.C. § 2254 petition, ECF No. 21, is **DENIED**.

3. Petitioner's request for an evidentiary hearing, Doc. 36, is **DENIED**.

4. This Court **DECLINES** to issue a certificate of appealability.

5. The Clerk shall enter judgment stating, "The second amended petition for writ of habeas corpus, ECF No. 21, challenging the judgment of conviction and sentence in *State of Florida v. Paul Porretto*, Wakulla County Circuit Court Case No. 11-CF-195, is **DENIED**."

6. The Clerk shall close the file.

**SO ORDERED on July 12, 2023.**

                                        s/Mark E. Walker  
                                        **Chief United States District Judge**